■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RICHARD IRWIN HOROWITZ, Admitted in 1986, at a

Term of the Appellate Division, Second Department. [727 NYS2d 306] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P, Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 240 AD2d 106.]